IT IS SO ORDERED.

SIGNED THIS: December 30, 2021

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re: Timothy D. Sullivan  Case No. 21-70530
Amy S. Sullivan

Debtors

## ORDER DISMISSING CASE

The Court finds:

> that the debtors failed to comply with the court Order dated December 17, 2021, in that no First Amended Chapter 13 Plan has been filed with this Court.

IT IS THEREFORE ORDERED that the Chapter 13 case in bankruptcy filed on July 16, 2021, be and is hereby dismissed.

IT IS FURTHER ORDERED that if the filing fee for this case was not paid in full, any new case filed by debtors under any Chapter of the Bankruptcy Code in the Central District of Illinois must be accompanied by the full case filing fee.

IT IS FURTHER ORDERED that the Clerk's fees of $0.00 are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the Final Report (120 days for a Chapter 13).

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.

###

In re:                                                                                                                     Case No. 21-70530-mpg
Timothy D Sullivan                                                                                  Chapter 13
Amy S Sullivan
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-3                             User: admin                                          Page 1 of 5
Date Rcvd: Dec 30, 2021                       Form ID: pdf012                                Total Noticed: 79

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy D Sullivan, Amy S Sullivan, 1851 S Baltimore Ave, Decatur, IL 62521-5019 |
| 7269682 | + | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 7269686 | + | Bob Brady Dodge, 4025 E. Boyd Rd, Decatur, IL 62521-6100 |
| 7269687 | + | Bolen Robinson & Ellis LLP, 200 W Harrison St, Sullivan, IL 61951-1954 |
| 7270465 | ++ | CITIZENS EQUITY FIRST CREDIT UNION, PO BOX 1715, PEORIA IL 61656-1715 address filed with court:, CEFCU, PO BOX 1715, Peoria, IL 61656 |
| 7269690 | + | Celtic Bank, PO POX 6812, Carol Stream, IL 60197-6812 |
| 7269691 | + | Central Illinois Vision Center, 2442 NW Route 121, Decatur, IL 62526-9461 |
| 7269700 | + | DMH DBA DMH EXPRESS CARE, 3131 n water, Decatur, IL 62526-2472 |
| 7269676 | + | Decatur Memorial Hospital, 2300 N Edward St, Decatur, IL 62526-4192 |
| 7278570 | | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 7269703 | + | First Premier, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 7269705 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 7269704 | + | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 7269708 | + | HSHS, 1800 E Lakeshore Dr, Decatur, IL 62521-3810 |
| 7269709 | + | HSMS Medical Group, 4965 E Lost Bridge Rd, Decatur, IL 62521-5139 |
| 7269711 | + | Infinity Meds LLP, PO Box 078180, Milwaukee, WI 53278-8180 |
| 7279480 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 7269717 | + | MCCI, Attn: Bankruptcy, Po Box 445, Decatur, IL 62525-0445 |
| 7275833 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 7269715 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 7273567 | + | Matthew Tillma, 1200 Brookfield Blvd Ste 300, Greenville, SC 29607-6583 |
| 7269677 | + | Midwest Credit & Collection, Inc, PO Box 445, Decatur, IL 62525-0445 |
| 7269721 | #+ | Pioneer Credit Recovery, Inc, PO Box 500, Horseheads, NY 14845-0500 |
| 7269726 | + | T-H Professional & Medical Collections, Attn: Bankruptcy, Po Box 10166, Peoria, IL 61612-0166 |
| 7269699 | + | decatur emergency phys LLC, PO Box PO 280, Philadelphia, PA 19105 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7269684 | | Email/Text: ebn@americollect.com | Dec 30 2021 19:03:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 7277119 | | Email/Text: bnc@atlasacq.com | Dec 30 2021 19:03:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 7269679 | + | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | Dec 30 2021 19:03:00 | Ameren Cips, 300 Liberty, Peoria, IL 61602-1404 |
| 7269680 | + | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | Dec 30 2021 19:03:00 | Ameren IP, PO Box 66884, Saint Louis, MO 63166-6884 |
| 7270621 | + | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | Dec 30 2021 19:03:00 | Ameren Illinois, 2105 E State Route 104, Pawnee, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | IL 62558-4685 |
| 7269685 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 30 2021 19:03:00 | | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 7269683 | + | Email/Text: jasonm@afchoice.com | Dec 30 2021 19:03:00 | Americas Financial Choice, 1043 East Eldorado, Decatur, IL 62521-1915 |
| 7269830 | + | Email/Text: bknotices@totalcardinc.com | Dec 30 2021 19:03:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 7269689 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 30 2021 19:03:00 | CCS/geico, PO Box 55126, Boston, MA 02205-5126 |
| 7270338 | + | Email/Text: documentfiling@lciinc.com | Dec 30 2021 19:03:00 | COMCAST, PO BOX 1931, BURLINGAME, CA 94011-1931 |
| 7271304 | + | Email/Text: BKPT@cfna.com | Dec 30 2021 19:03:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 7269688 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2021 19:09:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 7274385 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2021 19:09:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 7269692 | + | Email/Text: documentfiling@lciinc.com | Dec 30 2021 19:03:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 7269693 | + | Email/Text: stacy@consumercollection.com | Dec 30 2021 19:03:00 | Consumer Collection Management, Inc., Attn: Bankruptcy, Po Box 1839, Maryland Heights, MO 63043-6839 |
| 7269694 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 30 2021 19:03:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 7269695 | + | Email/Text: brenda@creditcollectionpartners.com | Dec 30 2021 19:03:00 | Credit Collection Partners, PO Box 746, 905 W. Spresser, Taylorville, IL 62568-1831 |
| 7269696 | + | Email/Text: BKPT@cfna.com | Dec 30 2021 19:03:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 7269697 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2021 19:09:26 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |
| 7269698 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2021 19:09:32 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 7269675 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2021 19:09:26 | Credit One bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 7269701 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 30 2021 19:03:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 7269702 | + | Email/Text: bknotices@totalcardinc.com | Dec 30 2021 19:03:00 | First Access, PO Box 5220, Sioux Falls, SD 57117-5220 |
| 7269703 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 30 2021 19:09:29 | First Premier, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 7269704 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 30 2021 19:09:29 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 7269705 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 30 2021 19:09:32 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 7273568 | | Email/Text: bankruptcy@glsllc.com | Dec 30 2021 19:03:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, SC 29603 |
| 7269707 | | Email/Text: bankruptcy@glsllc.com | Dec 30 2021 19:03:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 7269706 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 30 2021 19:03:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po |

| | | | | |
|---|---|---|---|---|
| | | | | Box 4477, Beaverton, OR 97076-4401 |
| 7279250 | | Email/Text: ebn@americollect.com | Dec 30 2021 19:03:00 | HOSPITAL SISTERS HEALTH SYSTEM IL, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 7269710 | | Email/Text: rev.bankruptcy@illinois.gov | Dec 30 2021 19:03:00 | Illinois Department of Revenue, Bankruptcy Section, PO Box 64338, Chicago, IL 60664 |
| 7288091 | | Email/Text: rev.bankruptcy@illinois.gov | Dec 30 2021 19:03:00 | Illinois Department of Revenue, Bankruptcy Section, P.O. Box 19035, Springfield, IL 62794-9035 |
| 7279253 | | Email/Text: ebn@americollect.com | Dec 30 2021 19:03:00 | INFINITY MEDS LLP, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 7269712 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 30 2021 19:03:00 | Internal Revenue Service, P.O. BOX 7346, Philadelphia, PA 19101-7346 |
| 7269713 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2021 19:03:00 | Jefferson Capital Systems, 16 Mcleland Rd., Saint Cloud, MN 56303 |
| 7280270 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2021 19:03:00 | Kohl's, PO BOX 141509, IRVING, TX 75014-1509 |
| 7269714 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2021 19:03:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 7270921 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2021 19:09:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 7273946 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2021 19:03:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 7269716 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2021 19:03:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 7269718 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2021 19:03:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 7269719 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2021 19:03:00 | Montgomery Ward, 1112 7th ave, Monroe, WI 53566-1364 |
| 7269720 | + | Email/Text: bankruptcy@ncaks.com | Dec 30 2021 19:03:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 7274390 | + | Email/Text: bankruptcy@ncaks.com | Dec 30 2021 19:03:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 7270923 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2021 19:09:32 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 7278883 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2021 19:03:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, St Cloud, MN 56302-7999 |
| 7279373 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2021 19:03:00 | Quantum3 Group LLC as agent for Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 7273527 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2021 19:03:00 | Quantum3 Group LLC as agent for Genesis FS Card Se, PO Box 788, Kirkland, WA 98083-0788 |
| 7269722 | + | Email/Text: newbk@Regions.com | Dec 30 2021 19:03:00 | Regions Bank, 350 N Water Street, Decatur, IL 62523-1171 |
| 7269723 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2021 19:09:29 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 7269724 | | Email/Text: bankruptcy@snapfinance.com | Dec 30 2021 19:03:00 | Snap Finance, PO 26561, Salt Lake City, UT 84126 |
| 7269725 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2021 19:03:00 | StoneBerry, PO Box 2820, Monroe, WI 53566-8020 |

| | | | | |
| --- | --- | --- | --- | --- |
| 7273938 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2021 19:03:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 7269727 | + | Email/Text: bknotices@totalcardinc.com | Dec 30 2021 19:03:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 7275317 | + | Email/PDF: bk@worldacceptance.com | Dec 30 2021 19:09:33 | World Acceptance Corporation, ATTN: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |
| 7269728 | + | Email/PDF: bk@worldacceptance.com | Dec 30 2021 19:09:32 | World Finance Corporation, 2605 N. Water St. #104, Decatur, IL 62526-3276 |
| 7269681 | + | Email/Text: jasonm@afchoice.com | Dec 30 2021 19:03:00 | american finance, 1043 East Eldorado St, Decatur, IL 62521-1915 |

TOTAL: 57

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 7269678 | | Alight Financial Advisors |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David Turiciano | on behalf of Creditor Consumer Portfolio Services Inc. davidturiciano@gmail.com, julialagina@turicianolaw.com,tanairigonzalez@turicianolaw.com,blakekambic@turicianolaw.com |
| John L GreenLeaf, Jr | on behalf of Joint Debtor Amy S Sullivan GreenLeafLaw@comcast.net  r41246@notify.bestcase.com |
| John L GreenLeaf, Jr | on behalf of Debtor Timothy D Sullivan GreenLeafLaw@comcast.net  r41246@notify.bestcase.com |
| Marsha L Combs-Skinner | Trusteecs@Danville13.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com;marsha@ch13cdil.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |
| Wesley T Kozeny | |

on behalf of Creditor Global Lending Services LLC Wesley.Kozeny@BonialPC.com ILBK@BonialPC.com;kozeny@ecf.courtdrive.com;Notices.Bonial@ecf.courtdrive.com

TOTAL: 6