# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|    TIMOTHY D. SULLIVAN and ) | |
|    AMY S. SULLIVAN, ) | Case No. 21-70530 |
| ) | |
|    Debtors. ) | Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF THE FIRST AMENDED PLAN

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by her attorney, Ken Siomos, and for her Objection to Confirmation of the First Amended Plan states as follows:

1. Per the Confirmation Report, the Trustee contests the $354.00 adjustment at Line 10 of Form 122C; Line 10 exists because the actual IRS standard for housing is a single number ($1,366.00 in this case), but is apportioned across two spots in Form 122C-2 because individuals with a mortgage must subtract the average monthly payment from the portion for mortgage/rent.

2. Line 10 cannot be used by renters because there is no mortgage deduction; Line 10 exists to reapportion the $1,366.00 allotment, not to increase the IRS Standard for housing and utilities – this is why it states you should list the amount from contesting the **division** of the housing allowance (emphasis added).

3. The additional $354.00 disposable income means $716.77 is the Debtors' projected disposable income, requiring $43,006.20 to unsecured creditors; the Plan has $22,979.71 plus $3,000.00 for attorney fees; the Plan fails 1325(b).

4. The Trustee notes the 910 claim is $19,321.05; the missing cents would not independently draw an objection but the Trustee asks that it be corrected with an amended plan necessary anyway.

WHEREFORE, Marsha L. Combs-Skinner, the Chapter 13 Standing Trustee prays that the Court deny confirmation of the First Amended Plan.

Respectfully Submitted by
Marsha L. Combs-Skinner,
Chapter 13 Standing Trustee


By: /s/ Ken Siomos
    Staff Attorney
Marsha L. Combs-Skinner
Chapter 13 Standing Trustee
Central District of Illinois
108 S. Broadway, P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730
E-Mail: Ken@ch13cdil.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon, John L. Greenleaf, Jr., Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on January 31, 2022, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Timothy D. Sullivan
Amy S. Sullivan
1851 S. Baltimore Ave.
Decatur, Il 62521


/s/ Ken Siomos
Staff Attorney