Form errfilob

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217−492−4551

| | |
|---|---|
| *In Re:* Timothy D Sullivan and Amy S Sullivan<br>*Debtor* | *Case No.:* 21−70530 |
| | *Chapter:* 13 |

**Order Striking Incorrect or Incomplete Document**

*Go to www.ilcb.uscourts.gov for ECF Procedures*

**A(n) Fourth Amended Plan (doc #94) filed on 06/28/22 is incorrect or incomplete.**

☐ Document filed in bankruptcy case and should be filed in adversary case.

☐ Document filed in wrong case.

☐ Your multi−part motion requests reliefs that were not selected in ECF. Re−file your multi−part motion and correctly select all parts in ECF. Alternatively, limit your Motion to one relief and re−file.

☐ PDF is: ☐ unreadable ☐ incomplete ☐ missing

☒ PDF does not match docket entry.

☐ PDF does not match case.

☒ Other:
The docket text must indicate the "Fourth" Amended Plan

**IT IS ORDERED** that the above described document is hereby stricken. If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

**Entered:** 6/28/22

                                                                       /S/ Mary P. Gorman
                                                           United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.