Form 11cnfpln

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois

226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Timothy D Sullivan and Amy S Sullivan
*Debtor*

*Case No.:* 21−70530

*Chapter:* 13

## *NOTICE OF ORDER CONFIRMING PLAN*

*Notice is hereby provided:*

A text−only Order (Document Number 101) was entered in this Court on 7/25/22, confirming the Fourth Amended Chapter 13 Plan which was filed by the Debtor on 6/29/22.

On or before 8/8/22, the attorney for the Debtor shall mail a copy of this Notice to all creditors and file a certificate of service with the Court.

*Dated:* 7/25/22

   /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.