Form saledef

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

**In Re:** Timothy D Sullivan and Amy S Sullivan
**Debtor**

**Case No.:** 21–70530

**Chapter:** 13

## NOTICE OF SALE DOCUMENT DEFICIENCY

## Notice is hereby provided:

In regard to a motion/notice to sell filed 07/12/23,

☐ To date you have not filed your Report of Sale. Please file the Report of Sale by **7/26/23**.

☐ Objection time has passed on the Notice Scheduling Objections to Sale. Please file an Order authorizing the sale.

☐ Please provide the addresses for the lienholders named in your Motion to Sell.

☑ On 07/12/23 you filed Debtors' Motion to Sell 2002 Jeep Grand Cherokee. Please prepare an objection notice conforming to local form "Notice of Intent to Sell". You will find a fillable form on our website www.ilcb.uscourts.gov under the title Forms (local forms). Complete the form then e–mail it to **notices_springfield@ilcb.uscourts.gov** for completion of the objection date and mailing by the Court.

☑ Other:
   The Motion must include the approximate amount of the lien, the buyer, and the sale amount. Amended Motion must be filed.

Dated: 7/12/23

   _/S/   Adrienne D. Atkins_
   Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.